IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 4:08cr0052-03 JMM

PENNY VIRGINIA ELSTON

## AMENDED JUDGMENT & COMMITMENT

The Judgment, entered in this case on September 19, 2009 (DE #53), is amended to correct a clerical error. As stated on record during the sentencing hearing, as a condition of probation, Defendant shall notify the probation officer prior to obtaining any employment and will submit third-party risk notification upon request which will be verified by the probation officer.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 25th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE