IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                          CASE NO. 4:08CR00052 JMM

PENNY VIRGINIA ELSTON                                                                       DEFENDANT

### ORDER

Defendant Penny Elston has moved the Court to modify the conditions of her probation and the United States has responded that it has no objection.

Defendant pled guilty to charges of fraud on the Social Security Administrative and was sentenced to four years probation, restitution in the amount of $72,882.00, and a special penalty assessment of $100.00.

Defendant argues that if required to inform her employer of her conviction she will lose her job and be impaired in her means to make restitution. Defendant also contends that her present job duties do not expose her employer to risk of loss of funds.

Any employer and employee relationship is necessarily one of trust. Employers are entitled to know of circumstances that might affect the level of trust to which an employee is entitled and it is unfair to an employer to withhold important information.

Although there may be adverse consequences if defendant informs her employer of her conviction, the Court finds the need to protect the public outweighs any consequence to the defendant and holds that the condition that defendant upon request of the probation officer notify third parties of risks remains as a part of defendant's sentence.

The motion is denied (#56).

IT IS SO ORDERED THIS  27   day of   October  , 2009.

_____
James M. Moody
United States District Judge